UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PABLO LOPEZ ELIZONDO,**
**INSTITUTIONAL ID NO. 61829-479,**

  Petitioner,

v.                                                                        No. 4:23-cv-0495-P

**WARDEN, FMC FORT WORTH,**

  Respondent.

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED**. *See* FED. R. CIV. P. 58.

**SO ORDERED** on this **18th day** of **August 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE